# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 2:07-CR-26-DBH** |
| ) | |
| **ROBERT RIFFEY,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER ON DEFENDANT'S REQUEST FOR MODIFICATON/EARLY TERMINATION OF SUPERVISED RELEASE

The defendant's motion is **DENIED**. I am pleased that the defendant has made efforts while on supervised release, but at this stage I believe that supervision remains appropriate for a time.

**SO ORDERED.**

**DATED THIS 12TH DAY OF JUNE, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**