UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:07-CR-26-DBH |
| | ) | |
| ROBERT RIFFEY, | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

The defendant has requested early termination of his supervised release. At this date, he has less than two months remaining on his term of supervised release. I believe it best that he successfully complete his term as originally imposed. Accordingly, I **DENY** the request and encourage Mr. Riffey to complete his supervision term successfully.

SO ORDERED.

DATED THIS 31ST DAY OF MARCH, 2014

/s/D. Brock Hornby
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE